# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| JO ANN BURNS, | Civil No. 09-0277 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| PIONEER HI-BRED INTERNATIONAL, INC., | |
| Defendant. | |

_____

Based upon the stipulation of dismissal [Docket No. 28], filed on October 23, 2009, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this proceeding is dismissed with prejudice and on the merits, and without awarding costs, disbursements, or attorneys' fees to any party.


DATED: October 26, 2009
at Minneapolis, Minnesota.

                                                                          s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                         United States District Judge